# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Caryn S. Falcone                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-20223 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Brian C. Nicholas (Atty Id: 317240)</u>
Brian Nicholas
21 Feb 2023, 14:38:25, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 5548f57fbc2c729ea49709b6098971fefce0f5f32a26152904e5b01204e5ab48