IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Caryn S. Falcone, ) | Case No. 23-20223 JAD |
|     *Debtor* ) | Chapter 13 |
| ) | Related to Docket No. 60 |
| Caryn S. Falcone, ) | |
|     *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| PNC Bank, Borough of Bridgeville, Chartiers ) | |
| Valley SD, and Ronda Winnecour, Trustee, ) | |
|     *Respondents* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 3, 2024, I caused to be served a true and correct copy of the *Order of Court dated December 28, 2023,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX.

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

| | |
|---|---|
| January 3, 2024 | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830 – Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I. D. No.  34965 |

```
Label Matrix for local noticing          Bank of America                          Borough of Bridgeville
0315-2                                   PO Box 982238                            GRB Law
Case 23-20223-JAD                        El Paso, TX 79998-2238                   c/o Jeffrey R. Hunt, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                                  525 William Penn Place
Pittsburgh                                                                        Suite 3110
Wed Jan  3 13:29:33 EST 2024                                                      Pittsburgh, PA 15219-1753

Borough of Bridgeville                   Chartiers Valley School District         Chartiers Valley School District
c/o GRB Law                              GRB Law                                  c/o GRB Law
525 William Penn Place, Suite 3110       c/o Jeffrey R. Hunt, Esquire             Jeffrey R. Hunt, Esquire
Pittsburgh, PA 15219-1753                525 William Penn Place                   525 William Penn Place, Suite 3110
                                         Suite 3110                               Pittsburgh, PA 15219-1753
                                         Pittsburgh, PA 15219-1753

County of Allegheny                      Discover Bank                            Discover Financial
GRB Law                                  Discover Products Inc                    Attn: Bankruptcy
c/o Jeffrey R. Hunt, Esquire             PO Box 3025                              Po Box 3025
525 William Penn Place, Suite 3110       New Albany, OH  43054-3025               New Albany, OH 43054-3025
Pittsburgh, PA 15219-1753


Discover Financial                       Caryn S. Falcone                         Jeffrey R. Hunt
Po Box 30939                             1349 Pesavento Dr.                       GRB Law
Salt Lake City, UT 84130-0939            Bridgeville, PA 15017-2615               525 William Penn Place
                                                                                  Suite 3110
                                                                                  Pittsburgh, PA 15219-1753


MERRICK BANK                             Merrick Bank                             Brian Nicholas
Resurgent Capital Services               c/o Resurgent Capital                    KML Law Group, P.C.
PO Box 10368                             Po Box 10368                             701 Market Street
Greenville, SC 29603-0368                Greenville, SC 29603-0368                Suite 5000
                                                                                  Philadelphia, PA 19106-1541

Office of the United States Trustee      (p)PNC BANK RETAIL LENDING               PNC Bank
1000 Liberty Avenue                      P O BOX 94982                            c/o KML Law Group
Suite 1316                               CLEVELAND OH 44101-4982                  701 Market Street, Suite 5000
Pittsburgh, PA 15222-4013                                                         BNY Mellon Independence Center
                                                                                  Philadelphia, PA 19106-1541

PRA Receivables Management, LLC          Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
PO Box 41021                             Bankruptcy Division                      Department 280946
Norfolk, VA 23541-1021                   P.O. Box 280946                          P.O. Box 280946
                                         Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     (p)SPRING OAKS CAPITAL  LLC              Kenneth Steidl
PO BOX 41067                             1400 CROSSWAYS BLVD STE 100B             Steidl & Steinberg
NORFOLK VA 23541-1067                    CHESAPEAKE VA 23320-0207                 Suite 2830 Gulf Tower
                                                                                  707 Grant Street
                                                                                  Pittsburgh, PA 15219-1908

Synchrony Bank                           Synchrony Bank                           Dianne C. Wilk
PO Box 960061                            c/o of PRA Receivables Management, LLC   REMAX Select Realty
Orlando, FL 32896-0061                   PO Box 41021                             5301 Grove Road
                                         Norfolk, VA 23541-1021                   Suite M208
                                                                                  Pittsburgh, PA 15236-1696


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>Po Box 94982<br>Cleveland, OH 44101 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Assoc.<br>PO Box 12914<br>Norfolk, VA 23541-0914 |
| Spring Oaks Capital<br>PO Box 1216<br>Chesapeake, VA 23327-1216 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Borough of Bridgeville<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | (d)Chartiers Valley School District<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | (d)County of Allegheny<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |
| (u)PNC BANK, NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    4<br>Total                 31 | |