UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Caryn S. Falcone, ) | Case No. 23-20223 JAD |
| *Debtor* ) | Chapter 13 |
| ) | Docket No. |
| Caryn S. Falcone, ) | |
| *Movant* ) | |
| ) | |
| vs. ) | Related to Doc. #65 |
| ) | |
| PNC Bank, Borough of Bridgeville, Chartiers ) | |
| Valley SD, and Ronda Winnecour, Trustee, ) | |
| *Respondents* ) | |

**CONSENT ORDER OF COURT TO WAIVE SALE ADVERTISING REQUIREMENT**

AND NOW, to wit, this ___12th___ day of ___January___, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 1349 Pesavento Dr., Bridgeville, PA 15017 with parcel number 0254-J-00322-0000-00, is believed to be enough to pay the closing costs, pay known liens and claims against the property in full, and to pay 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary. The sale has been uploaded to the EASI website.

4) Net proceeds to be paid to Trustee shall be, after deduction of Trustee fees, shall be first earmarked to pay prepetition general unsecured creditors 100%, with any remainder to be then used for general plan funding. This provision is deemed incorporated into the Sale order and Plan.

_____ sjk
Hon. Jeffery A. Deller
U.S. Bankruptcy Judge

/s/ Owen Katz                              /s/ Kenneth Steidl
Owen Katz, Esquire                     Kenneth Steidl, Esquire
Office of the Ch. 13 Trustee        Attorney for the Debtor

FILED
1/12/24 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20223-JAD |
| Caryn S. Falcone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Caryn S. Falcone, 1349 Pesavento Dr., Bridgeville, PA 15017-2615 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Caryn S. Falcone julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 12, 2024 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7