IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Caryn S. Falcone, | ) | Case No. 23-20223 JAD |
|    *Debtor* | ) | Chapter 13 |
| | ) | Related to Docket No. 84 |
| Caryn S. Falcone, | ) | |
|    *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, Borough of Bridgeville, Chartiers | ) | |
| Valley SD, Allegheny County, and Ronda | ) | |
| Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 2, 2024, I caused to be served a true and correct copy of the *Order of Court dated April 30, 2024,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**Service by Regular US Mail:**
See attached mailing matrix.

Judy Smith, Realtor for the Buyer
Berkshire Hathaway Home Services
1797 N. Highland Road
Pittsburgh, PA 15241

Beyond Estates Investments, LLC
1010 Saw Mill Run Blvd.
Pittsburgh, PA 15226

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee
Office of the US Trustee

   May 2, 2024                                 /s/ Kenneth Steidl
     DATE                                       Kenneth Steidl, Esquire
                                                   Attorney for the Debtor
                                                   STEIDL & STEINBERG
                                                   Suite 2830 – Gulf Tower
                                                   707 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 391-8000
                                                   ken.steidl@steidl-steinberg.com
                                                   PA I. D. No.  34965

```
Label Matrix for local noticing          Bank of America                          Borough of Bridgeville
0315-2                                   PO Box 982238                            GRB Law
Case 23-20223-JAD                        El Paso, TX 79998-2238                   c/o Jeffrey R. Hunt, Esquire
WESTERN DISTRICT OF PENNSYLVANIA                                                  525 William Penn Place
Pittsburgh                                                                        Suite 3110
Thu May  2 14:25:26 EDT 2024                                                      Pittsburgh, PA 15219-1753

Borough of Bridgeville                   Denise Carlon                            Chartiers Valley School District
c/o GRB Law                              KML Law Group, P.C.                      GRB Law
525 William Penn Place, Suite 3110       701 Market Street                        c/o Jeffrey R. Hunt, Esquire
Pittsburgh, PA 15219-1753                Suite 5000                               525 William Penn Place
                                         Philadelphia, PA 19106-1541              Suite 3110
                                                                                  Pittsburgh, PA 15219-1753

Chartiers Valley School District         County of Allegheny                      Discover Bank
c/o GRB Law                              GRB Law                                  Discover Products Inc
Jeffrey R. Hunt, Esquire                 c/o Jeffrey R. Hunt, Esquire             PO Box 3025
525 William Penn Place, Suite 3110       525 William Penn Place, Suite 3110       New Albany, OH  43054-3025
Pittsburgh, PA 15219-1753                Pittsburgh, PA 15219-1753

Discover Financial                       Discover Financial                       Caryn S. Falcone
Attn: Bankruptcy                         Po Box 30939                             1349 Pesavento Dr.
Po Box 3025                              Salt Lake City, UT 84130-0939            Bridgeville, PA 15017-2615
New Albany, OH 43054-3025

Jeffrey R. Hunt                          MERRICK BANK                             Merrick Bank
GRB Law                                  Resurgent Capital Services               c/o Resurgent Capital
525 William Penn Place                   PO Box 10368                             Po Box 10368
Suite 3110                               Greenville, SC 29603-0368                Greenville, SC 29603-0368
Pittsburgh, PA 15219-1753

Office of the United States Trustee      (p)PNC BANK RETAIL LENDING               PNC Bank
1000 Liberty Avenue                      P O BOX 94982                            c/o KML Law Group
Suite 1316                               CLEVELAND OH 44101-4982                  701 Market Street, Suite 5000
Pittsburgh, PA 15222-4013                                                         BNY Mellon Independence Center
                                                                                  Philadelphia, PA 19106-1541

PRA Receivables Management, LLC          Pennsylvania Department of Revenue       Pennsylvania Dept. of Revenue
PO Box 41021                             Bankruptcy Division                      Department 280946
Norfolk, VA 23541-1021                   P.O. Box 280946                          P.O. Box 280946
                                         Harrisburg, PA 17128-0946                ATTN: BANKRUPTCY DIVISION
                                                                                  Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC     (p)SPRING OAKS CAPITAL  LLC              Kenneth Steidl
PO BOX 41067                             1400 CROSSWAYS BLVD STE 100B             Steidl & Steinberg
NORFOLK VA 23541-1067                    CHESAPEAKE VA 23320-0207                 Suite 2830 Gulf Tower
                                                                                  707 Grant Street
                                                                                  Pittsburgh, PA 15219-1908

Synchrony Bank                           Synchrony Bank                           Dianne C. Wilk
PO Box 960061                            c/o of PRA Receivables Management, LLC   REMAX Select Realty
Orlando, FL 32896-0061                   PO Box 41021                             5301 Grove Road
                                         Norfolk, VA 23541-1021                   Suite M208
                                                                                  Pittsburgh, PA 15236-1696

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>Po Box 94982<br>Cleveland, OH 44101 | (d)PNC Bank, N.A.<br>P.O. Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Assoc.<br>PO Box 12914<br>Norfolk, VA 23541-0914 |
| Spring Oaks Capital<br>PO Box 1216<br>Chesapeake, VA 23327-1216 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Borough of Bridgeville<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | (d)Chartiers Valley School District<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | (d)County of Allegheny<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 |
| (u)PNC BANK, NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     4<br>Total                  31 | |