IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ) | |
|---|---|---|
| | ) | Case No. 23-20223 JAD |
| Caryn S. Falcone, | ) | |
| | ) | Chapter 13 |
| *Debtor* | ) | Docket No. |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, comes the debtor by and through her attorney, Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtor had a mailing address of 1349 Pesavento Drive, Bridgeville, PA 15017.

2. The debtor has a new mailing address, which is 3486 Boyd Street, Finleyville, PA 15332.

WHEREFORE, the debtor, Caryn S. Falcone, respectfully files this Notice of Change of Address.

Respectfully submitted,

July 1, 2024
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA ID #34965