IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Caryn Falcone | ) | Case No. 23-20223 JAD |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
|     vs. | ) | Related to Doc. #100 |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, PA Dept. of Revenue, Bank of America, | ) | |
| Borough of Bridgeville, Chartiers Valley School | ) | |
| District, County of Allegheny, Discover Bank, Discover | ) | **DEFAULT O/E JAD** |
| Financial, Merrick Bank, PNC Bank Retail, PRA | ) | |
| Receivables, Portfolio Recovery Assoc., Spring Oakes | ) | |
| Capital, Synchrony Bank | ) | |
|     Respondents | ) | |

### ORDER OF COURT

AND NOW, to-wit this ____15th____ day of ____November____, 2024, after consideration of

the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1.  The Application for Final Compensation is approved in the additional amount of $4,895.00 for

    work performed in the Chapter 13 case by Debtors' counsel from June 5, 2022, to October 23,

    2024.

2.  The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which

    included the court filing fee of $310.00) prior to case filing.  Expenses reimbursement of $0.00 is

    being requested here.

3.  Before the approval of this Fee Application, the Debtor's counsel was paid a $600.00

    retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,500.00 by

    the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed

    fees in this case for Debtor's counsel is $7,995.00, with the total to be paid through the Plan by

    the Trustee being up to $7,395.00 (representing the $2,500.00 previously approved to be paid (as

    set forth above), and a remaining amount up to $4,895.00 to be paid from any funds the Chapter

13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund

is issued,

4.  The fees requested will not decrease the amount to be paid to other creditors being paid through

the Chapter 13 Plan;

5.  The clerk shall record the total additional compensation as $4,895.00.

Hon. Jeffery A. Deller  **sjk**
United States Bankruptcy Judge

FILED
11/15/24 10:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 2 -

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 23-20223-JAD

Caryn S. Falcone                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caryn S. Falcone, 3486 Boyd Street, Finleyville, PA 15332-1222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com |
| Kenneth Steidl | |
| | on behalf of Debtor Caryn S. Falcone julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2

Date Rcvd: Nov 15, 2024

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7