IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Caryn Falcone ) | Case No. 23-20223 JAD |
|     Debtor ) | Chapter 13 |
| ) | Document No. |
| Caryn Falcone ) | |
|     Applicant ) | |
| ) | |
| vs. ) | |
| ) | |
| No Respondents ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 9, 2024, at docket numbers 107, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

December 14, 2024          /s/ Caryn Falcone
Date          Debtor

         Respectfully submitted,
December 26, 2024          /s/ Kenneth Steidl
DATE          Kenneth Steidl, Esquire
         Attorney for the Debtor
         STEIDL & STEINBERG
         436 7th Ave.- Suite 322- Koppers Building
         Pittsburgh, PA 15219
         (412) 391-8000
         ken.steidl@steidl-steinberg.com
         PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**