**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CARYN S. FALCONE

             Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
          Movant
       vs.
No Respondents.

Case No.:23-20223 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court′s registry, the Trustee′s office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee′s Final Report and Account** (the ″Final Report″). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee′s Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2024

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/01/2023  and confirmed on 4/20/23 .  The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 81,055.74 |
| Less Refunds to Debtor | 45,761.65 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,294.09 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 7,395.00 | |
| Trustee Fee | 4,739.64 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,134.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4002 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 4002 | | | | |
| BOROUGH OF BRIDGEVILLE (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: J322 | | | | |
| CHARTIERS VALLEY SD (BRIDGEVILLE) (F | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: J322 | | | | |
| CHARTIERS VALLEY SD (BRIDGEVILLE) (F | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: J322 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: J322 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: J322 | | | | |
| * * * N O N E * * * | | | | |
| Priority | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CARYN S. FALCONE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| CARYN S. FALCONE | 45,761.65 | 45,761.65 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG PC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| STEIDL & STEINBERG PC | 4,895.00 | 4,895.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXX3-24 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 1,909.55 | 1,909.55 | 0.00 | 1,909.55 |
|    Acct: $/OE | | | | |
| | | | | 1,909.55 |
| Unsecured | | | | |
| DISCOVER BANK(*) | 15,531.28 | 15,531.28 | 0.00 | 15,531.28 |
|    Acct: 2147 | | | | |
| MERRICK BANK | 5,718.62 | 5,718.62 | 0.00 | 5,718.62 |

23-20223 JAD

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 2998 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRING OAKS CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5788 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 21,249.90 |

TOTAL PAID TO CREDITORS                                         23,159.45

TOTAL CLAIMED
PRIORITY               1,909.55
SECURED                    0.00
UNSECURED             21,249.90

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CARYN S. FALCONE

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:23-20223 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                          Case No. 23-20223-JAD

Caryn S. Falcone                                                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 24, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caryn S. Falcone, 3486 Boyd Street, Finleyville, PA 15332-1222 |
| cr | + | Borough of Bridgeville, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| r | + | Dianne C. Wilk, REMAX Select Realty, 5301 Grove Road, Suite M208, Pittsburgh, PA 15236-1696 |
| 15586634 | + | Borough of Bridgeville, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 24 2024 22:07:00 | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 24 2024 22:30:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15567729 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 24 2024 22:07:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15579756 | + | Email/Text: ebnjts@grblaw.com | Dec 24 2024 22:07:00 | Borough of Bridgeville, c/o GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15586623 | + | Email/Text: ebnjts@grblaw.com | Dec 24 2024 22:07:00 | Chartiers Valley School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15567730 | + | Email/Text: ebnjts@grblaw.com | Dec 24 2024 22:07:00 | Chartiers Valley School District, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15579757 | + | Email/Text: ebnjts@grblaw.com | Dec 24 2024 22:07:00 | Chartiers Valley School District, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15607085 | + | Email/Text: ebnjts@grblaw.com | Dec 24 2024 22:07:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15569273 | | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15567731 | + | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15567732 | + | Email/Text: mrdiscen@discover.com | Dec 24 2024 22:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15570970 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 24 2024 22:19:37 | MERRICK BANK, Resurgent Capital Services, |

District/off: 0315-2          User: auto          Page 2 of 3

Date Rcvd: Dec 24, 2024          Form ID: pdf900          Total Noticed: 24

| | | | |
|---|---|---|---|
| | | | PO Box 10368, Greenville, SC 29603-0368 |
| 15567733 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Dec 24 2024 22:19:49 | Merrick Bank, c/o Resurgent Capital, Po Box 10368, Greenville, SC 29603-0368 |
| 15567735 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 24 2024 22:07:00 | PNC Bank, Po Box 94982, Cleveland, OH 44101 |
| 15590739 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 24 2024 22:07:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15567734 | ^ MEBN | | |
| | | Dec 24 2024 22:05:23 | PNC Bank, c/o KML Law Group, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15567736 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 24 2024 22:20:02 | Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15567737 | Email/Text: bankruptcy@springoakscapital.com | | |
| | | Dec 24 2024 22:07:00 | Spring Oaks Capital, PO Box 1216, Chesapeake, VA 23327-1216 |
| 15567738 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Dec 24 2024 22:19:43 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 15567911 | ^ MEBN | | |
| | | Dec 24 2024 22:04:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15579755 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15579758 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15579759 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15579760 | * | Merrick Bank, c/o Resurgent Capital, Po Box 10368, Greenville, SC 29603-0368 |
| 15579762 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 94982, Cleveland, OH 44101 |
| 15579761 | *+ | PNC Bank, c/o KML Law Group, 701 Market Street, Suite 5000, BNY Mellon Independence Center, Philadelphia, PA 19106-1541 |
| 15579763 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15579764 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, PO Box 1216, Chesapeake, VA 23327-1216 |
| 15579765 | * | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Bridgeville jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Chartiers Valley School District jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Caryn S. Falcone julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7